# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BARRY HARMER,

        Petitioner

        v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

        Respondent

: No. 174 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.